

IN THE
TENTH COURT OF APPEALS

No. 10-15-00162-CR

KELLY JOE GOAD,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the County Court at Law No. 1
McLennan County, Texas
Trial Court No. 2014-2693CR1

## MEMORANDUM  OPINION

Appellant Kelly Joe Goad has filed a "Motion to Dismiss Appeal" in which he states that he "respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal."  We have no authority under Rule of Appellate Procedure 42.2 to "withdraw appellant's notice of appeal"; therefore, we construe Goad's motion as a motion to voluntarily dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a).  We have not issued a decision in this appeal, and Goad personally signed the motion.  The motion is granted, and the appeal is dismissed.

The court reporter's request for an extension of time to file the reporter's record is dismissed as moot.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 13, 2015
Do not publish
[CR25]

